UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    Case No.3:90-cr-84-J-12TEM

TERRENCE PITTS

---

### O R D E R

This cause is before the Court on Defendant's pro se handwritten "Motion To Be Appointed By Federal Defender Office Middle District of Florida Orlando Do To The (FSA)" (Doc. 379), filed August 1, 2012. Defendant's single page motion contains no information, other than the title, about the nature of the relief for which he seeks assistance of counsel. Presumably, Defendant seeks some relief regarding his sentence pursuant to the Fair Sentencing Act.

A review of the docket in this case indicates that the Court previously has denied numerous pro se post-conviction motions filed by Defendant. See, e.g., Doc. 303 (denying "Motion to Reduce Imposed Sentence Pursuant to 18 U.S.C. § 3582(c)(2)...," finding that Amendment 706 to the Sentencing Guidelines did not have the effect of reducing Defendant's Offense Level or guideline range because he was sentenced as a career offender) and Doc. 330 (construing Defendant's motion concerning "Variances for Career Offenders Followed by Kimbrough's Crack-Cocaine Ratio" as his fifth § 2255 motion and dismissing it for failure to obtain permission for filing a successive § 2255 motion from the Eleventh Circuit Court of Appeals). Defendant thus has demonstrated the ability to seek relief with regard to his sentence without the assistance of an attorney in the past, and in

this motion has not adequately identified the factual or legal basis for any relief he intends to pursue at this time.  Accordingly, it is

**ORDERED AND ADJUDGED:**

That "Motion To Be Appointed By Federal Defender Office Middle District of Florida Orlando Do To The (FSA)" (Doc. 379) is denied without prejudice to Defendant's right to seek appointment of an attorney and/or relief with regard to his sentence by identifying the legal and factual basis therefore.

**DONE AND ORDERED** this _29__ day of August 2012.

Howell W. Melton
Senior United States District Judge

Copies to:
AUSA
Defendant